IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.   CASE NO. 1:03-cr-00020-MP

JAMIL KWAME BARLOW,

　　　Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 231, Motion for Reconsideration, filed by Defendant Joseph Miles, which seeks reconsideration of the order denying Defendant's motion to reduce his sentence. Defendant's original sentence of 100 months, which was below the original guidelines range and below the statutory minimum of 10 years, represented the Court's discretion as to an appropriate sentence. The Court therefore finds that no further reduction is warranted at this time. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's motion for reconsideration at Doc. 231 is DENIED.

**DONE AND ORDERED** this   20th   day of August, 2008

　　　　　　　　　　　　　　　　*s/Maurice M. Paul*
　　　　　　　　　　　　　　Maurice M. Paul, Senior District Judge