# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 1:03-cr-20 MMP

JAMIL KWAME BARLOW

### ORDER FOR RELEASE

The Court having determined the Defendant, JAMIL KWAME BARLOW, is to remain on supervised release, it is

ORDERED AND ADJUDGED that JAMIL KWAME BARLOW be released from federal custody immediately.

DONE AND ORDERED this 17th day of October, 2012.

STEPHAN P. MICKLE
Senior United States District Judge